PROB. 35
(Rev. 7/04)

Report and Order Terminating Probation/Supervised
Release Prior to Original Expiration Date

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEBRASKA

**UNITED STATES OF AMERICA**

  *v.*                                    **Docket # 8:02CR252**

  **Kim E. Hieb**

_____

On January 9, 2004, Kim E. Hieb was sentenced to five (5) years probation.  The period of probation commenced on January 9, 2004.  Ms. Hieb has complied with the rules and regulations of probation and is no longer in need of supervision.  It is accordingly recommended that Kim E. Hieb be discharged from probation.

Respectfully submitted,

Kit Lemon, Supervising
U.S. Probation Officer

## ORDER OF THE COURT

Pursuant to the above report, it is ordered that the probationer be discharged from supervision and that the proceedings in the case be terminated.

Dated this ____7th____ day of _____April_____, 2008.

The Honorable Joseph F. Bataillon
Chief United States District Judge